IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. No. 07-139-01 ML |
| | : | |
| WHITE BROADMAN, INC. | : | |
| JAMES MIENIK | : | |
| PAUL ROMANO | : | |
| Defendants. | : | |

**MOTION TO AMEND PRO HAC VICE ADMISSION**

Now comes Anthony M. Traini, Esquire, counsel for the defendants White Broadman, Inc. and James Mienik in the above matter, and hereby moves this Honorable Court that the Pro Hac Vice admission of Kevin J. Napper, Esquire, in the matter of *United States of America v. Account Number 0036-7317-4629 in the name of White Broadman, et als.*, C.A. No. 04-CV-364-ML, be amended to include his representation of the defendants White Broadman, Inc. and James Mienik in Case No. CR-07-139-ML. As reason therefor:

1. The above-referenced civil matter is a forfeiture case in which Mr. Napper was previously granted pro hac vice status by this Court on November 24, 2004 to represent the defendants White Broadman, Inc. and James Mienik.

2. By agreement with the United States Attorney, the forfeiture matter is the subject of a stipulation of dismissal as part of a plea agreement to an Information in the within criminal case docketed as CR-07-139-ML, in which White Broadman, Inc. and James Mienik are named as defendants.

3. Local counsel for the defendants in the forfeiture matter is also local counsel for the defendants White Broadman, Inc. and James Mienik in the criminal case.

4. The criminal case is presently scheduled for arraignment before Magistrate Martin and for change of plea to the Information before this Court, both on November 15, 2007.

5. Any application for pro hac vice admission by Mr. Napper in the criminal case would be duplicative of his pro hac vice status in the forfeiture case, which is being dismissed as part of the disposition of the criminal prosecution.

WHEREFORE, counsel respectfully requests that the pro hac vice admission of Attorney Kevin J. Napper be amended to include the within criminal matter and that Mr. Napper be allowed to appear pro hac vice on behalf of the defendants White Broadman, Inc. and James Mienik herein.

Counsel advises the Court that the United States assents to the within motion.

Respectfully submitted,

*/s/ Anthony M. Traini*
Anthony M. Traini (#4793)
56 Pine Street – Suite 2
Providence, RI 02903
Tel.: (401) 621-4700
Fax: (401) 621-5888
amt@atrainilaw.com

CERTIFICATE OF SERVICE

I, Anthony M. Traini, hereby certify under the pains and penalties of perjury that I have served the within pleading via the ECF system on the following individual this 31st day of October 2007:

Terrence Donnelly, Esquire
United States Attorney's Office
50 Kennedy Plaza – 8th Floor
Providence, RI 02903
Counsel for the United States

and that I have served the following individuals electronically this 31st day of October 2007:

John A. MacFadyen, Esquire
MacFadyen, Gescheidt & O'Brien
101 Dyer Street – 3rd Floor
Providence, RI 02903
jam@ridefense.com
Counsel for the defendant Paul Romano

James Felman, Esquire
Kynes, Markman & Felman, P.A.
100 South Ashley Drive, Suite 1300
P.O. Box 3396
Tampa, FL 33602
JFleman@kmf-law.com
Counsel for the defendant Paul Romano

Kevin Napper, Esquire
Carlton Fields, P.A.
Corporate Center Three at International Plaza
4221 West Boy Scout Boulevard
Tampa, FL 33607
knapper@carltonfields.com
Counsel for the Defendants James Mienik and White Broadman, Inc.

*/s/ Anthony M. Traini*
Anthony M. Traini