AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States

v.

James Mienik
White Broadman, Inc

APPEARANCE

CASE NUMBER: 07-139 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Mienik
White Broadman, Inc.

I certify that I am admitted to practice in this court.

11/15/07
*Date*

[signature]
*Signature*

Anthony M. Traini — 4793
*Print Name* — *Bar Number*

56 Pine Street - Suite 200
*Address*

Providence — RI — 02903
*City* — *State* — *Zip Code*

401-621-4700 — 401-621-5888
*Phone Number* — *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.